**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6600**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT EARL HALL,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CR-97-164, CA-00-357)

_____

Submitted:  August 23, 2001          Decided:  August 30, 2001

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Earl Hall, Appellant Pro Se.  S. David Schiller, OFFICE OF
THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Earl Hall appeals the district court's order dismissing as untimely his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Hall, Nos. CR-97-164; CA-00-357 (E.D. Va. Mar. 27, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2